IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVANNA JONES, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:17-cv-5064-AT |
| v. ) | |
| ) | |
| CF REAL ESTATE SERVICES, LLC, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Travanna Jones and Defendant CF Real Estate Services, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. The parties further stipulate that neither party will be deemed the prevailing party and each will bear her/its own attorneys' fees, expenses, and costs.

Respectfully submitted, this 9th day of May, 2018.

| | |
|---|---|
| */s/ V. Severin Roberts* | */s/ John Snelling \** |
| V. Severin Roberts | John Snelling |
| Georgia Bar No. 940504 | Georgia Bar No. 665759 |
| Barrett & Farahany | Lewis Brisbois Bisgaard & Smith, LLP |
| 1100 Peachtree Street | 1180 Peachtree Street NE |
| Suite 500 | Suite 2900 |
| Atlanta, GA 30309 | Atlanta, GA 30309 |

Attorney for Plaintiff      Attorney for Defendant
* With permission

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TRAVANNA JONES, | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | 1:17-cv-5064-AT |
| v. | ) | |
| | ) | |
| CF REAL ESTATE SERVICES, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2018, I electronically filed the foregoing *JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

This 9th day of May 2018.

/s/ V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504